FILED
2019 AUG 16 PM 12: 52

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| RICKY R. FRANKLIN | ) | Civil Action No: |
| | ) | 8:19 cv 2049 T 36 CPT |
| Plaintiff, | ) | |
| | ) | **JURY DEMAND** |
| v. | ) | |
| | ) | |
| WELLCARE HEALTH PLANS INC., | ) | |
| | ) | |
| Defendant | ) | |

## ORIGINAL COMPLAINT

NOW COMES the Plaintiff, RICKY R. FRANKLIN, by and through himself and for his Complaint against the Defendant, Wellcare Health plans, Inc., and Plaintiff states as follows:

## NATURE OF THIS ACTION

1. Plaintiff brings this action for actual and statutory damages arising out of and relating to the conduct of Defendant, to include all of its affiliates, subsidiaries, and/or related entities, as well as all persons and entities acting on behalf of Defendants, including but not limited to Wellcare Health Plans, Inc., (hereinafter, WHP) and, in negligently, knowingly, and/or willfully contacting Plaintiff on his cellular telephone without his prior express written consent within the meaning of the TCPA. This is an action for actual and statutory damages for violations of the



Telephone Consumer Protection Act (hereinafter, "TCPA"), 47 U.S.C. section 227 et seq.[1]

2. O.C.G.A. 46-5-27(i) states that any person who has received more than one telephone solicitation within any 12 month period by or on behalf of the same person or entity in violation of subsection (c) or (g) of the code, may bring an action for such violation.

## JURISDICTION & VENUE

3. Jurisdiction arises under the TCPA, pursuant to 28 U.S.C. sections 1331.

4. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. RICKY R. FRANKLIN, (hereinafter, Plaintiff) is a natural person at all relevant times residing in county of Henry, State of Georgia.

6. Defendant WHP, is a domestic company, with a headquarters located at 8725 Henderson Rd, Tampa, Florida, 33634.

7. At all relevant times, Defendants has conducted business in Georgia, solicited business in Georgia, engaged in a persistent course of conduct in Georgia, or has

---

[1] Telephone Consumer Protection Act of 1991, Pub. L. No. 102-243, 105 Stat. 2394 (1991), codified at 47 U.S.C. § 227 (TCPA). The TCPA amended Title II of the Communications Act of 1934, 47 U.S.C. § 201 et seq.

derived substantial revenue from services rendered in Georgia.

## ALLEGATIONS OF FACT

8. In the beginning of November 2018 Plaintiff began to receive artificial pre-recorded voice messages to his cellphone from Defendant WHP coming from a number owned by Defendant as 267-569-4788 on his cellular phone 404-287-xxxx. The messages stated as follows:

**Hello this is wellcare of Georgia, calling for the parents of ######, please give us a a call back at 833-758-2681.**

9. On several occasions Plaintiff answered the phone and was greeted by a artificial voice that stated:

**Hello this is wellcare of Georgia, calling for ######, is this ####, Plaintiff responded no, the computer then asked is #### available and Plaintiff answered no again. The computer then stated please speak up I am a computer and don't understand you. Plaintiff said no and hung up the phone.**

10. Upon information and belief, all of the calls Defendant placed to Plaintiffs cellular phone were placed using an "automatic telephone dialing system" (hereinafter, "auto-dialer"), which has the capacity to store or produce telephone numbers to be called, using a random or sequential number generator (including but not limited to a predictive dialer) or artificial or prerecorded voice; and to dial such numbers as specified by 47 U.S.C. § 227(a)(1)

11. The Defendant never contacted Plaintiff to obtain his express written consent to receive such calls to his wireless number.

12. Plaintiff has received at forty-eight (48) unsolicited messages coming from various numbers that included 706-303-0721, 706-303-0589, 267-754-8405, 267-569-4788.

13. In order to redress these injuries, Plaintiff brings this suit under the TCPA, which specifically prohibits unsolicited voice and text calls to cell phones. Defendant WHP has called in a manner which violates the right of privacy of all consumers.

14. Plaintiff suffered harm and damages that include tying up his cellphone, and emotional distress such as anger and resentment each time he received a phone call from the Defendant.

15. Plaintiff has never provided his cellular phone number to the Defendant or given his prior express consent to be called, whether on his own or on behalf of any third party.

## COUNT I-TCPA

16. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

17. Using an auto-dialer and without prior express written consent, the Defendant WHP, contacted the Plaintiff at least forty-eight (48) times by means of artificial pre-recorded voice messages to a cellphone or pager in violation of 47 U.S.C. 227(b)(1)(A)(iii).

18. The phone calls were made to Plaintiff without the number being provided to Defendant, and without the prior express consent of Plaintiff.

## COUNT II-VIOLATIONS OF O.C.G.A 46-5-27 (i)

19. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

20. Using automated dialer and without prior express written consent, the Defendant WHP, contacted the Plaintiff at least forty-eight (48) times by means of automatic voicemail messaging to a cellphone or pager in violation of O.C.G.A 46-5-27 (i).

21. The phone calls were made to Plaintiff without the number being provided to Defendant, and without the prior express consent of Plaintiff.

## PRAYER FOR RELIEF

a) As a result of Defendant's violations of 47 U.S.C. section 227et seq., Plaintiff is entitled to an award of $500.00 in statutory damages for each and every call in violation of the statute, pursuant to 47 U.S.C. section 227(b)(3);

b) As a result of Defendant violations of O.C.G.A 46-5-27 (i)., Plaintiff is entitled to an award of $2,000.00 in statutory damages for each and every call in violation of the statute, pursuant to O.C.G.A 46-5-27 (i).

c) Assessing against Defendant, all costs incurred by the Plaintiff; and

d) Awarding such other relief as justice and equity may require.

Respectfully submitted,

*[signature]*

Proceeding Pro Se
Ricky R. Franklin
708 Brambling Way
Stockbridge, GA 30281
rrfrank12@hotmail.com
678-650-3733