**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| RICKY R. FRANKLIN,<br><br>    Plaintiff,<br><br>              v.<br><br>WELLCARE HEALTH PLANS, INC.,<br><br>    Defendant. | Civil Action No.<br>1:19-cv-03816-SDG |

## ORDER

On April 22, 2020, this Court entered an Order on a frivolity review of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2) [ECF 17]. The Court concluded that Plaintiff's Complaint was not frivolous and, among other things, directed the Clerk of Court to provide Plaintiff with certain forms so that service on Defendant can be perfected.[1] Plaintiff promptly completed those forms and returned them to the Clerk as ordered.[2] However, the proposed summons submitted by Plaintiff does not contain the correct name of the defendant. The summons shows the defendant as "Wellcare Health Inc." On the other hand, the Complaint names "Wellcare Health Plans Inc." as Defendant.

---

[1]   *Id.* at 7.

[2]   ECF 18; Apr. 29, 2020 D.E.

Accordingly, within 14 days after entry of this Order, Plaintiff is directed to either (1) file a motion to substitute "Wellcare Health Inc." for Defendant "Wellcare Health Plans Inc." or (2) resubmit the USM 285 form and summons to the Clerk with "Wellcare Health Plans Inc." as the named Defendant. The Clerk is **DIRECTED** to send Plaintiff copies of the USM 285 form and summons for completion.

(1) In the event Plaintiff proceeds by motion to substitute, the Court will provide further direction in any Order ruling on that motion. (2) In the event Plaintiff resubmits corrected forms to the Clerk, the Clerk is **DIRECTED** to prepare a service waiver package for Defendant. The service waiver package must include two Notices of Lawsuit and Request for Waiver of Service of Summons (prepared by the Clerk), two Waiver of Service of Summons forms (prepared by the Clerk), an envelope addressed to the Clerk of Court with adequate first class postage for Defendant's use in returning the waiver form, one copy of the Complaint, one copy of the initial disclosures form, and one copy of this Order. The Clerk shall retain the USM 285 form and the summons.

Upon completion of the service waiver package, the Clerk is **DIRECTED** to complete the lower portion of the Notice of Lawsuit and Request for Waiver form and to mail the service waiver package to Defendant. Defendant has a duty to

avoid unnecessary costs of serving the summons. If Defendant fails to comply with the request for waiver of service, Defendant must bear the costs of personal service unless good cause can be shown for failure to return the Waiver of Service form.

In the event Defendant does not return the Waiver of Service form to the Clerk of Court within thirty-five days after the date the service waiver package was mailed, the Clerk is **DIRECTED** to prepare and transmit to the U.S. Marshals Service a service package. The service package must include the USM 285 form, the summons, and one copy of the Complaint. Upon receipt of the service package, the U.S. Marshals Service is **DIRECTED** to personally serve Defendant. The executed waiver form or the completed USM 285 form shall be filed with the Clerk.

The Clerk is further **DIRECTED** to resubmit this action to the undersigned in 14 days.

**SO ORDERED** this the 30th day of April 2020.

Steven D. Grimberg
United States District Court Judge